

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2019

No. 04-19-00417-CV

**IN THE INTEREST OF C.N.H, A CHILD**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017EM500829
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On September 20, 2019, appellant filed his brief. Appellant's brief violates Texas Rule of Appellate Procedure 9.9 in that the appendix to the brief includes sensitive data, specifically the birth date and name of a person who was a minor when the underlying suit was filed, and such data has not been redacted. *See* TEX. R. APP. P. 9.9.

We therefore **ORDER** that appellant's brief is **STRICKEN**. We further **ORDER** appellant to file an amended appellant's brief in compliance with Texas Rule of Appellate Procedure 9.9 by or before **September 30, 2019.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2019.

_____
Luz Estrada,
Chief Deputy Clerk